C. A. No. 74-238.  STATE *v.* FRANK J. VERDONE. Motion of defendant to reargue denied. *Julius C. Michaelson,* Attorney General, *William G. Brody,* Special Asst. Attorney General,

for plaintiff. *William F. Reilly,* Public Defender, *Paul E. Kelley,* Asst. Public Defender, for defendant.